LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DEBBIE ANN LUJANO,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | 1:09cv00498 AWI BAK (DLB)<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time to respond to Plaintiff's Confidential Letter Brief up to and including December 10, 2009.  This extension is necessary so that the undersigned counsel for the Commissioner may seek permission for a voluntary remand of this matter.

///

///

///

///

///

The parties submit that, if permission for voluntary remand cannot be secured, this matter will proceed in accordance with the original scheduling, i.e., Plaintiff shall have 30 days from the date of Defendant's response to her letter brief to file an opening brief with the Court, Defendant shall have 30 days to respond to Plaintiff's opening brief and Plaintiff shall have 15 days to file a reply, if any, to Defendant's responsive brief.

Respectfully submitted,

Dated: November 10, 2009

*/s/Robert Ishikawa*
ROBERT ISHIKAWA
(as authorized via telephone 11/10/09)
Attorney at Law

Attorney for Plaintiff

Dated: November 10, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Elizabeth Firer*

ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **November 12, 2009**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE