BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DEBBIE ANN LUJANO, ) | CIVIL NO. 1:09-CV-00498 AWI-BAK |
|     Plaintiff, ) | |
|         v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Acting Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time to respond to Plaintiff's Confidential Letter Brief up to and including December 24, 2009.  The additional time is necessary so that the parties may continue to confer regarding the possibility of voluntarily remanding this matter. The Appeals Council has agreed to a remand, but the parties need more time to discuss terms.

///

///

///

///

Respectfully submitted,

Dated: December 10, 2009

*/s/Robert Ishikawa*
_____
ROBERT ISHIKAWA
(as authorized via email 11/10/09)
Attorney at Law

Attorney for Plaintiff

Dated: December 10, 2009

BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Elizabeth Firer*
_____
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

The request of the parties is granted. Defendant shall respond to Plaintiff's opening letter brief no later that December 24, 2009. All other scheduling deadlines outlined in the Scheduling Order issued on March 18, 2009 remain in effect.

IT IS SO ORDERED.

Dated:   **December 14, 2009**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE