BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8937
Facsimile: (415) 744-0134
E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE ANN LUJANO,<br><br>   Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>   Defendant. | CIVIL NO. 1:09-CV-00498 DLB<br><br>STIPULATION AND PROPOSED ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Upon remand, Plaintiff will be found disabled under Medical-Vocational Guideline (Grid) Rule 201.12 as of October 20, 2008, the date upon which she attained age 50. Prior to that date, the Appeals Council will issue an unfavorable decision adopting the findings of fact and conclusions of the Administrative Law Judge issued on October 31, 2008.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

///

Respectfully submitted,

Dated: December 11, 2009        */s/ Robert Ishikawa*
(As authorized via email)
ROBERT ISHIKAWA
Attorney for Plaintiff

Dated: December 11, 2009        BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:   December 15, 2009**            **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE