1  BENJAMIN WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA

                    **FRESNO DIVISION**

| | |
|---|---|
| DEBBIE ANN LUJANO, ) | |
| ) | CIVIL NO. 1:09-cv-00498 AWI JLT |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER APPROVING |
| v. ) | SETTLEMENT OF ATTORNEY FEES |
| ) | PURSUANT TO THE EQUAL ACCESS TO |
| MICHAEL J. ASTRUE, ) | JUSTICE ACT |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of TWO THOUSAND, TWO HUNDRED EIGHT DOLLARS AND THIRTY-ONE CENTS ($2,208.31). This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

   This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: February 19, 2010    /s/*Robert Ishikawa*
*(As authorized via telephone)*

ROBERT ISHIKAWA
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: February 19, 2010    By: /s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, as assignee, shall be awarded attorney fees in the amount of TWO THOUSAND, TWO HUNDRED EIGHT DOLLARS AND THIRTY-ONE CENTS ($2,208.31), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:   **February 19, 2010**                              **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE

2